# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**CAROL ANN BAUM**                                                                                   **PLAINTIFF**

**VS.**                              **No. 3:25-cv-00108 DPM/PSH**

**COMMISSIONER, SOCIAL**
**SECURITY ADMINISTRATION**                                                              **DEFENDANT**

## ORDER

The application to proceed *in forma pauperis* is granted. (Doc. No. 1). The applicant may proceed without prepayment of fees and costs or the necessity of giving security therefor.

IT IS SO ORDERED this 16th day of June, 2025.

_____
UNITED STATES MAGISTRATE JUDGE