IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CAROL ANN BAUM                                                    PLAINTIFF

v.                                  No. 3:25-cv-108-DPM

SOCIAL SECURITY
ADMINISTRATION, Commissioner                             DEFENDANT

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Harris's recommendation, *Doc. 16*, and overrules Baum's objections, *Doc. 17*. Fed. R. Civ. P. 72(b)(3). The Court sees no error of law. *Sloan v. Saul*, 933 F.3d 946, 949 (8th Cir. 2019). And while the record includes evidence supporting Baum's disability claim, substantial evidence supports the Commissioner's contrary conclusion. Baum's complaint will therefore be dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____
22 May 2026