IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CAROL ANN BAUM                                                    PLAINTIFF

v.                              No. 3:25-cv-108-DPM

SOCIAL SECURITY
ADMINISTRATION, Commissioner                          DEFENDANT

## JUDGMENT

Baum's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

22 May 2026